United States District Court
Southern District of Texas
**ENTERED**
March 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jennifer Evans, | § | |
|     Plaintiff, | § | |
| V | § | CIVIL ACTION: H-18-1728 |
| | § | |
| Ditech Financial LLC, | § | |
|     Defendant | § | |

## **O R D E R**

The defendants filed a Notice of Bankruptcy Filing and Imposition of Automatic Stay on March 12, 2019. Therefore, it is hereby

ORDERED that the above captioned case is STAYED and administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the __13__ day of March, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE